UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 808 LEXINGTON REALTY LLC,<br><br>   *Plaintiff*,<br><br>-against-<br><br>LAURENT HALASZ,<br><br>   *Defendant*. | Case No: 1:20-cv-03934-AKH<br><br>**NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff 808 Lexington Realty LLC hereby withdraws the above-captioned action without prejudice.

Dated: New York, New York
   May 27, 2020    **CERVINI SWANSON LLP**

             By: _____
                Scott L. Swanson
              420 Lexington Avenue, # 2250
              New York, New York 10170
              Tel. 212-931-5600
              sswanson@csllplaw.com
              *Counsel for Plaintiff 808 Lexington Realty LLC*